No. 64542.—C. J. Wahlers v. United States, protest 60/4014 (New York).

Opinion by OLIVER, C.J.  The protest was dismissed.

No. 64543.—Irving Ross v. United States, protest 60/4015 (New York).

Opinion by OLIVER, C.J.  The protest was dismissed.

BEFORE THE THIRD DIVISION, SEPTEMBER 19, 1960

No. 64544.—Lep Transport, Inc. v. United States, protest 59/16592 (New York).

Opinion by JOHNSON, J.  It was stipulated that 738 dressed chinchilla skins, exported to England, were returned to the United States without having been advanced in value or condition and that the plaintiff duly advised the collector that the merchandise was entitled to free entry and submitted the proper customs forms.  In view of the stipulation, the claim of the plaintiff was sustained.

No. 64545.—Morganite, Inc. v. United States, protests 59/27706 and 59/27901 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of Morganite strips for trolley inserts similar in all material respects to those the subject of *Morganite, Inc.* v. *United States* (29 Cust. Ct. 76, C.D. 1448), the claim of the plaintiff was sustained.